IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>**ANTONIO GOMEZ-BARRERA**<br><br>               Defendant. | CR NO: 1:20-cr-00131-DAD-BAM |

**APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum        ☐ Ad Testificandum

Name of Detainee: GOMEZ-Barerra, Antonio
Detained at: Tulare County Jail – Bob Wiley Detention Facility
Detainee is:
  a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
        charging detainee with: 8 USC 1326(a) & (b)(2)
  or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
  a.) ☒ return to the custody of detaining facility upon termination of proceedings
  or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: /s/ *Laura D. Withers*
Printed Name & Phone No: Laura D. Withers    559-967-5480
Attorney of Record for: United States of America

**WRIT OF HABEAS CORPUS**
☒ Ad Prosequendum        ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee **FORTHWITH** and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **Oct 14, 2020**

Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | GOMEZ, Antonio Jetzmie | ☒ Male ☐ Female | |
| Booking or CDC #: | 1300039068 (Jacket #) | DOB: | 10/08/1995 |
| Facility Address: | 36712 Rd 112, Visalia, CA 93291 | Race: | W/H |
| Facility Phone: | 559-735-1700 | FBI#: | 59294JD5 |
| Currently | | | |

**RETURN OF SERVICE**

Executed on: _____

                (signature)