MCGREGOR W. SCOTT
United States Attorney
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-000131-DAD-BAM |
|---|---|
| Plaintiff, | UNOPPOSED MOTION AND ORDER TO SET ARRAIGNMENT |
| v. | |
| ANTONIO GOMEZ-BARRERA, | DATE: October 29, 2020<br>TIME: 2:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |
| Defendant. | |

The United States of America, by and through its undersigned counsel, hereby files this unopposed motion and proposed order to set arraignment on October 20, 2020 for defendant Antonio Gomez-Barrera.

On August 13, 2020, the grand jury returned an indictment against the defendant for being a Deported Alien Found in the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2). Dkt. No. 1. At the time, the defendant was incarcerated in the Bob Wiley Detention Facility in Tulare County, where he remains to this day. On October 15, 2020, the United States applied for and obtained a writ of habeas corpus signed by United States Magistrate Judge Stanley A. Boone. Dkt. No. 3. It did so in order to retrieve the defendant from state custody so that he can appear in federal court to be advised of the charges against him. However, because the defendant still has pending state charges, the government was subsequently advised that the Tulare County Sheriff's Office preferred not to release the defendant while he still has a pending state court date.

Therefore, in consultation with officers at the Bob Wiley Detention Facility and a representative

1

of the Federal Defender's Office, the government has confirmed that the defendant can appear via zoom from the state facility.  Pursuant to the CARES Act, arraignment may currently be accomplished via videoconference appearance.  The date of October 29, 2020, is agreeable to all parties per a representative of the Federal Defender's Office.  Defense counsel has not yet been assigned, so the government is unable to obtain a stipulation at this time.

Therefore, the United States respectfully requests that the Court set this case for arraignment on October 29, 2020, at 2pm.  The Federal Defender's Office has also requested that the court provide time for a breakout session so that the defendant may consult with his counsel and complete a financial affidavit.

Dated:  October 27, 2020                                          McGREGOR W. SCOTT
                                                                                       United States Attorney


                                                                          By:   /s/ LAURA D. WITHERS
                                                                                       LAURA D. WITHERS
                                                                                       Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED that this case be set for arraignment via zoom videoconference technology on **October 29, 2020 at 2:00pm before Magistrate Judge Barbara A. McAuliffe** by agreement of the parties.  The Court DENIES the request to make the arrangements for a pre-court meeting with defendant and defense counsel who is anticipating appointment.  The Court is not responsible for arranging the pre-court meeting with defense counsel.  Any such pre-court meeting shall be the responsibility of the U.S. Attorney and/or defense counsel.  The Court expects the parties to be ready to proceed with the arraignment at the 2:00 p.m. calendar.  If the government cannot accommodate this calendar, the United States may withdraw its request.

IT IS SO ORDERED.

Dated:   **October 27, 2020**                         /s/ *Barbara A. McAuliffe*
                                                                       UNITED STATES MAGISTRATE JUDGE