HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561

Attorneys for Defendant
ANTONIO GOMEZ-BARRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ANTONIO GOMEZ-BARRERA, Defendant. | Case No. 1:20-cr-00131 DAD-BAM  STIPULATION TO CONTINUE SENTENCING; ORDER  DATE:  October 4, 2021 TIME:  9:00 a.m. JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel of record that the sentencing hearing scheduled for September 20, 2021 at 9:00 a.m., be continued to October 4, 2021, at 9:00 a.m., before the Honorable Dale A. Drozd.

//

The defense requires additional time to conduct investigation relating to sentencing. The parties agree that a sentencing date of October 4, 2021, will allow sufficient time to complete the necessary investigation. Accordingly, a continuance to October 4, 2021 is requested by the parties.

IT IS SO STIPULATED.

Dated:  September 13, 2021

*/s/ Jaya Gupta*
JAYA C. GUPTA
Assistant Federal Defender
Counsel for Defendant Antonio Gomez-Barrera

Dated:  September 13, 2021

*/s/ Laura D. Withers*
Laura D. Withers
Assistant United States Attorney
Counsel for Plaintiff
United States of America

**ORDER**

Upon the Parties' stipulation and for good cause shown, the sentencing scheduled for September 20, 2021 at 9:00 a.m. is continued to October 4, 2021, at 9:00 a.m., before the Honorable Dale A Drozd.

IT IS SO ORDERED.

Dated:  **September 13, 2021**

UNITED STATES DISTRICT JUDGE