HEATHER E. WILLIAMS, CA BAR #122664
Federal Defender
JAYA GUPTA, CA BAR #312138
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
ANTONIO GOMEZ-BARRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00131-DAD-BAM |
| *Plaintiff*, | |
| v. | **SEALING ORDER** |
| ANTONIO GOMEZ-BARRERA, | |
| *Defendant.* | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Exhibits B-C in support of Defendant Antonio Gomez-Barrera's Sentencing Memorandum shall be filed **under seal** until further order of the Court.

IT IS SO ORDERED.

Dated: __September 28, 2021__                    _____
                                                                                          UNITED STATES DISTRICT JUDGE

1